

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-16-2006

# In Re: James Riley

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-4004

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"In Re: James Riley " (2006). *2006 Decisions.* Paper 186.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/186

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4004
_____

IN RE: JAMES RILEY,
                                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 06-cv-00001)

_____
Submitted Under Rule 21, Fed. R. App. P.
October 13, 2006

Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

(Filed  November 15, 2006)

_____

OPINION

_____

PER CURIAM

Pro se petitioner James Riley seeks a writ of mandamus to compel the United

States District Court for the District of Delaware to rule immediately on his motion for

preliminary injunction/temporary restraining order filed July 18, 2006.[1]

_____

[1] Petitioner seeks an order directing the District Court to grant his preliminary
injunction/temporary restraining order.  Because such relief is beyond the scope of the
relief available under 28 U.S.C. § 1651(a), we construe the petition instead, as seeking an

On October 27, 2006, the District Court entered an order denying Riley's motion for preliminary injunction/temporary restraining order. Because Riley has now received the relief he sought in filing his mandamus petition – a ruling on that motion– we will deny his mandamus petition as moot.

---

order that directs the District Court to rule immediately on the motion for preliminary injunction/temporary restraining order.